CHARLES N. SHEPHARD (SBN 078129)
cshephard@ggfirm.com
AARON J. MOSS (SBN 190625)
amoss@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
TOHO CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TOHO CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TOY INVESTMENTS, INC. d/b/a TOYSMITH; TOY MAJOR TRADING CO., LTD.; AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV08-00102 SVW (VBKx)<br><br>Assigned to: Hon. Stephen V. Wilson<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AGAINST TOY INVESTMENTS, INC. d/b/a/ TOYSMITH**<br><br>Action Filed: January 8, 2008<br>Trial Date: None |
|---|---|

     Plaintiff, Toho Co., Ltd. ("Toho"), and defendant, Toy Investments, Inc. d/b/a Toysmith ("Toysmith"), hereby stipulate and agree that judgment may be entered in this action as set forth in the [Proposed] Judgment and Permanent Injunction Pursuant to Stipulation, a copy of which is attached hereto as Exhibit "A," and the original of which is being lodged concurrently herewith.

     The Parties shall each bear and be responsible for their own attorneys' fees and costs incurred in the litigation.

     The judgment shall apply only to Toysmith; the action against Toy Major Trading Co., Ltd. shall not be affected by the judgment.

84800-00080/1652951.1

1

1  The parties acknowledge and represent that in entering into this stipulation
2  they have consulted with their respective counsel of record, that their counsel have
3  explained to them the nature and significance of the judgment to which they are
4  stipulating, and that they are freely and voluntarily entering into this stipulation
5  based upon the advice of their counsel.

7  DATED: ~~May~~ June 6, 2008         TOHO CO., LTD.

9                                      By: _____
10                                          Yukio Kotaki, Manager

12  DATED: May __, 2008                TOY INVESTMENTS, INC. d/b/a/
                                       TOYSMITH

15                                      By: _____
                                            William Smith, President

16  APPROVED AS TO FORM AND CONTENT:

18  GREENBERG GLUSKER FIELDS
    CLAMAN & MACHTINGER LLP

20  By: _____
21      Aaron J. Moss
        Attorneys for Plaintiff
22      Toho Co., Ltd.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

84800-00080/1638926.1                    2
**STIPULATION FOR ENTRY OF JUDGMENT AGAINST
TOY INVESTMENTS, INC. D/B/A/ TOYSMITH**

The parties acknowledge and represent that in entering into this stipulation they have consulted with their respective counsel of record, that their counsel have explained to them the nature and significance of the judgment to which they are stipulating, and that they are freely and voluntarily entering into this stipulation based upon the advice of their counsel.

DATED: May __, 2008      TOHO CO., LTD.

By: _____
Yukio Kotaki, Manager

DATED: June 11, 2008     TOY INVESTMENTS, INC. d/b/a/ TOYSMITH

By: _____
William Smith, President

APPROVED AS TO FORM AND CONTENT:

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By:_____
Aaron J. Moss
Attorneys for Plaintiff
Toho Co., Ltd.

84800-00080/1638926.1

2

STIPULATION FOR ENTRY OF JUDGMENT AGAINST
TOY INVESTMENTS, INC. D/B/A/ TOYSMITH

**EXHIBIT A**

CHARLES N. SHEPHARD (SBN 078129)
cshephard@ggfirm.com
AARON J. MOSS (SBN 190625)
amoss@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiff
TOHO CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOHO CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>TOY INVESTMENTS, INC. d/b/a TOYSMITH; TOY MAJOR TRADING CO., LTD.; AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV08-00102 SVW (VBKx)<br><br>**[PROPOSED] JUDGMENT AGAINST TOY INVESTMENTS, INC. d/b/a TOYSMITH AND PERMANENT INJUNCTION PURSUANT TO STIPULATION** |

Pursuant to the Stipulation of the parties on file herein, it is hereby ordered, adjudged and decreed as follows:

1. Toy Investments, Inc., d/b/a Toysmith ("Toysmith"), its officers, directors, agents, servants, employees, representatives, partners, subsidiaries and attorneys, and all other persons or entities acting in concert or participation with them or at their direction are hereby permanently and forever enjoined and restrained from:

a. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, or licensing the "Mega Monster" toy or any toy substantially identical thereto, or authorizing any of the foregoing;

b. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, or licensing any toy, product, good, or service substantially similar to Toho's Godzilla character as it appears in any of Toho's copyrighted "Godzilla" series of motion pictures, or authorizing any of the foregoing, provided the term "substantially similar" as used herein is applied as it would be in the context of a copyright infringement action.

c. For the avoidance of doubt, the permanent injunction shall not prohibit Toysmith from selling toys reasonably accurately depicting any anatomically correct dinosaur or fanciful depictions of creatures not substantially similar to Toho's Godzilla character, provided the term "substantially similar" as used herein is applied as it would be in the context of a copyright infringement action.

d. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, or licensing any toy, product, good or service that is likely to cause confusion, deception or mistake as to the origin of its products, goods or services with those of Toho including the trademark embodied in United States Trademark Registration Number 2,184,301, provided the terms "confusion", deception" or "mistake" as used herein are applied as they would be in the context of a trademark infringement action.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

84800-00080/1641328.1

2

[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION

Exhibit A, page 4

2. This Court shall retain continuing jurisdiction over this matter in order to take appropriate action in the event that the parties who are enjoined do not comply with the terms of this permanent injunction.

3. The parties shall each bear and be responsible for their own attorneys' fees and costs incurred in the litigation.

4. This judgment shall apply only to Toysmith; the action against Toy Major Trading Co., Ltd. shall not be affected by this judgment.

IT IS SO ORDERED:

DATED _____, 2008

Honorable Stephen V. Wilson
U.S. District Court Judge

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

84800-00080/1641328.1

3

**[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION**

Exhibit A, page 5