1  CHARLES N. SHEPHARD (SBN 078129)
   cshephard@ggfirm.com
2  AARON J. MOSS (SBN 190625)
   amoss@ggfirm.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Attorneys for Plaintiff
7  TOHO CO., LTD.

8

9              UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11

12 TOHO CO., LTD.                        Case No.  CV08-00102 SWV (VBKx)

13              Plaintiff,               [PROPOSED] DEFAULT
                                         JUDGMENT AND PERMANENT
14     v.                                INJUNCTION AGAINST
                                         DEFENDANT TOY MAJOR
15 TOY INVESTMENTS, INC. d/b/a           TRADING CO. LTD.
   TOYSMITH; TOY MAJOR
16 TRADING CO. LTD.; AND DOES 1
   through 10, inclusive,
17                                       Action Filed: January 8, 2008
                Defendants.              Trial Date: November 4, 2008
18

*FILED stamp: CLERK U.S. DISTRICT COURT, AUG 26 2008, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY*

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

84800-00080/1650215.1

[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

1  Having considered plaintiff Toho Co., Ltd.'s ("Toho") Application for Entry of Default Judgment against Toy Major Trading Co. Ltd. ("Toy Major") and the declarations and exhibits submitted concurrently therewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment shall be and hereby is entered in the above-captioned action against Toy Major as follows:

1. Damages for copyright infringement are awarded against defendant Toy Major and in favor of plaintiff Toho in the amount of $100,000.

2. Toy Major, its officers, directors, agents, servants, employees, representatives, partners, subsidiaries and attorneys, and all other persons or entities acting in concert or participation with them or at their direction are hereby permanently and forever enjoined and restrained from:

   a. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, licensing or otherwise exploiting the toy depicted in Exhibit "A" hereto (referred to by Toy Major's U.S. supplier Toysmith as the "Mega Monster");

   b. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, licensing or otherwise exploiting any toy, product, good, or service substantially similar to Toho's Godzilla character as it appears in any of Toho's copyrighted "Godzilla" series of motion pictures;

   c. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, licensing or otherwise exploiting any toy, product, good or service that is likely to cause confusion, deception or mistake as to the origin of its products, goods or services with those of Toho, or that is likely to dilute or tarnish the distinctive quality of Toho's Godzilla character or Toho's Godzilla trademarks, including the trademark embodied in United States Trademark Registration Number 2,184,301.

1  3.  This Permanent Injunction shall be effective without the posting of any bond or undertaking by Toho.

2  4.  This Court shall retain continuing jurisdiction over this matter for purposes of enforcing this Permanent Injunction.

IT IS SO ORDERED:

DATED August 19, 2008

Honorable Stephen V. Wilson
U.S. District Court Judge

Submitted by:

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER, LLP

By _____
Aaron J. Moss
Attorneys for Plaintiffs
Toho Co., Ltd.

**EXHIBIT A**



Exhibit A, page 3

# DECLARATION OF SERVICE BY EXPRESS SERVICE CARRIER
## (CCP § 1013(c))

The undersigned certifies and declares as follows:

I am over the age of 18 and not a party to this action. My business address is 1900 Avenue of the Stars, Suite 2100, Los Angeles, California 90067, which is located in the county where the service described below took place.

On July 31, 2008, I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a copy of the following documents:

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT TOY MAJOR TRADING CO. LTD.**

together with an unsigned copy of this declaration, in an envelope designated by the said express service carrier, with overnight delivery fees paid or provided for, addressed to:

> Toy Major Trading Co., Ltd
> Unit 912, 9th Floor
> Lippo Sun Plaza
> 28 Canton Road
> Tsimshatsui, Kowloon
> Hong Kong

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 31, 2008, at Los Angeles, California.

SUE SCOTT

84800-00080/1639533.1