CHARLES N. SHEPHARD (SBN 078129)
cshephard@ggfirm.com
AARON J. MOSS (SBN 190625)
amoss@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
TOHO CO., LTD.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOHO CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TOY INVESTMENTS, INC. d/b/a TOYSMITH; TOY MAJOR TRADING CO., LTD.; AND DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV08-00102 SVW (VBKx)<br><br>**JUDGMENT AGAINST TOY INVESTMENTS, INC. d/b/a TOYSMITH AND PERMANENT INJUNCTION PURSUANT TO STIPULATION** |

Pursuant to the Stipulation of the parties on file herein, it is hereby ordered, adjudged and decreed as follows:

1. Toy Investments, Inc., d/b/a Toysmith ("Toysmith"), its officers, directors, agents, servants, employees, representatives, partners, subsidiaries and attorneys, and all other persons or entities acting in concert or participation with them or at their direction are hereby permanently and forever enjoined and restrained from:

a. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, or licensing the "Mega Monster" toy or any toy substantially identical thereto, or authorizing any of the foregoing;

b. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, or licensing any toy, product, good, or service substantially similar to Toho's Godzilla character as it appears in any of Toho's copyrighted "Godzilla" series of motion pictures, or authorizing any of the foregoing, provided the term "substantially similar" as used herein is applied as it would be in the context of a copyright infringement action.

c. For the avoidance of doubt, the permanent injunction shall not prohibit Toysmith from selling toys reasonably accurately depicting any anatomically correct dinosaur or fanciful depictions of creatures not substantially similar to Toho's Godzilla character, provided the term "substantially similar" as used herein is applied as it would be in the context of a copyright infringement action.

d. manufacturing, reproducing, importing, advertising, marketing, displaying, selling, distributing, or licensing any toy, product, good or service that is likely to cause confusion, deception or mistake as to the origin of its products, goods or services with those of Toho including the trademark embodied in United States Trademark Registration Number 2,184,301, provided the terms "confusion", deception" or "mistake" as used herein are applied as they would be in the context of a trademark infringement action.

2. This Court shall retain continuing jurisdiction over this matter in order to take appropriate action in the event that the parties who are enjoined do not comply with the terms of this permanent injunction.

3. The parties shall each bear and be responsible for their own attorneys' fees and costs incurred in the litigation.

4. This judgment shall apply only to Toysmith; the action against Toy Major Trading Co., Ltd. shall not be affected by this judgment.

IT IS SO ORDERED:

DATED August 26, 2008

*[signature]*
Honorable Stephen V. Wilson
U.S. District Court Judge